UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 19-22854-CIV-Moreno**

ANDRES GOMEZ

    Plaintiff,

vs.

LUKES LOBSTER HOLDING LLC,

    Defendant,

_____/

**MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant, LUKES LOBSTER HOLDING LLC., a ("Defendant"), by and through undersigned counsel and pursuant to the applicable Rules of Civil Procedure, hereby move this Court for an enlargement of time to respond to Plaintiff's Complaint, and in support thereof, state as follows:

1. On or about July 11, 2019, Plaintiff, Andres (Andrez) Gomez ("Plaintiff"), filed his Complaint for Injunctive Relief against Defendants arising out of an alleged ADA violation.

2. The Honorable Judge Moreno issued and Order Requiring Verified Certificate of Counsel Regarding Any Prior Filings under ADA on or about July 22, 2019.

3. Defendants made Plaintiff counsel aware of the prior filings and the disposition of prior filings as it relates to his claim.

4. Defendant's require additional time to respond to the Complaint and potentially resolve the matter based on the prior filings presented to Plaintiff and his counsel.

1

5. This motion is not for purposes of unnecessary delay and no party will be prejudiced by this brief extension of time.

**WHEREFORE**, Defendant, LUKES LOBSTER HOLDING LLC., respectfully request this Honorable Court enter an Order granting Defendants' Agreed to Motion for Enlargement of Time to Respond to Plaintiff's Complaint up through and including, Monday September 13, 2019, and provide any such other relief as the Court deems just and proper.

Respectfully Submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
*Counsel for Defendants.*
100 SE Second Street, Suite 3800
Miami, Florida 33131
Telephone:   305-374-4400
Facsimile:    305-579-0261

By:    /s/ *Catherine L. Davis*
        ANTHONY P. STRASIUS
        Florida Bar No.: 988715
        anthony.strasius@wilsonelser.com
        CATHERINE L. DAVIS
        Florida Bar No. 122172
        Catherine.davis@wilsonelser.com


## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on this 13th day of August 2019, a true and correct copy of the above and foregoing document was filed with the Clerk of the above styled Court using the Filing Portal, We also certify that the foregoing document was served this day on all counsel of record identified on the attached Service List via electronic mail.

By:    /s/ *Catherine Davis*
        CATHERINE L. DAVIS

2

1216592v.1

**SERVICE LIST**

**Alberto Leal**
**The Leal Firm, PA.**
*Attorney for Plaintiff*
al@thelealfirm.com

1216592v.1