UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 19-22854-CIV-MORENO

ANDRES GOMEZ,

      Plaintiff,

vs.

LUKES LOBSTER HOLDING LLC,

      Defendant.
_____/

## ORDER TO SHOW CAUSE AS TO WHY THE INSTANT CASE ARISING UNDER THE AMERICANS WITH DISABILITIES ACT IS NOT PRECLUDED BY PRIOR SETTLEMENT

THIS CAUSE came before the Court upon Plaintiff's Response to Order Requiring Certificate of Counsel (**D.E. 5**), filed on **July 22, 2019**.

THE COURT has considered the response, the pertinent portions of the record, and is otherwise fully advised in the premises. The response notes that there was a prior Americans with Disabilities Act settlement regarding the same defendant as in the instant case. The Court has looked to the docket in this district and found case number 18-cv-25056-MGC, an ADA case similar to the instant one. There, the plaintiff, albeit a different one, brought forth the same ADA claims against the same Defendant due to the alleged failure of Defendant's website to comply with the ADA. The case was settled, and dismissed with prejudice. Therefore, it is

**ADJUDGED** that Plaintiff file a response with the Court no later than **September 13, 2019**, to show cause why the instant case should not be dismissed by this Court pursuant to either the doctrine of res judicata, *see Harty v. Ehden, N.V.*, No. 12-CV-14087-KMM, 2012 WL 2312044, at **1-3 (S.D. Fla. June 18, 2012), or collateral estoppel, *see Kennedy v. Paniccia-*

*Indialantic, LLC*, No. 6:16-cv-2208-Orl-31DCI, 2017 WL 5178182, at *3 (M.D. Fla. Nov. 8, 2017).  If Plaintiff fails to file such response, then the Court shall dismiss the case.

DONE AND ORDERED in Chambers at Miami, Florida, this ___20th___ of August 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record