**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case Number:  1:19-CV-22854-FAM

ANDRES GOMEZ,

       Plaintiff,

v.

LUKES LOBSTER HOLDING LLC,

       Defendant.

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**OF DEFENDANT WITH PREJUDICE**

Plaintiff, ANDRES GOMEZ ("Plaintiff"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provide this Notice to the Court and to all relevant parties of Plaintiff's voluntary dismissal of Defendant, LUKES LOBSTER HOLDING LLC , with Prejudice.

Respectfully submitted this 26th day of August, 2019.

                                                      */s/ Alberto R. Leal*
                                                      Alberto R. Leal
                                                      Florida Bar No.: 1002345
                                                      The Leal Law Firm, P.A.
                                                      9314 Forest Hill Boulevard, #62
                                                      Wellington, FL 33411
                                                      Phone: 561-237-2740
                                                      Facsimile: 561-237-2741
                                                      E-Mail: al@thelealfirm.com

                                                      Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of August, 2019, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

*/s/ Alberto R. Leal*
Alberto R. Leal
Florida Bar No.: 1002345